DAWN SESTITO (S.B. #214011)
dsestito@omm.com
NATALIE CAMASTRA (S.B. #324719)
ncamastra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071-2899
Telephone:  +1 213 430 6000
Facsimile:   +1 213 430 6407

MARTHA HUTTON (S.B.# 279335)
mhutton@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:  +1 202 383 5300
Facsimile:  +1 202 383 5414

*Attorneys for Defendant*
*Trader Joe's Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PALACIOS, *individually and on behalf of all those similarly situated,* | Case No. 2:25-cv-10584-CV-AGRx |
| Plaintiff, | **DEFENDANT TRADER JOE'S COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) AND 9(b)** |
| v. | |
| TRADER JOE'S COMPANY, *a California corporation,* | |
| Defendant. | Judge:  Hon. Cynthia Valenzuela |
| | Hearing Date: January 30, 2026 |
| | Hearing Time: 10:30 am |
| | Courtroom: 10B |

**TO THE HONORABLE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on January 30, 2026 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10B of the above-entitled court located at 350 West 1st Street, Los Angeles, CA 90012, Defendant Trader Joe's Company ("Trader Joe's") will and hereby does move this Court for an order dismissing the Class Action Complaint ("Complaint") filed by Mario Palacios ("Plaintiff") without leave to amend pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b)

The Complaint should be dismissed because it fails to state a claim upon which relief can be granted. Specifically:

- Plaintiff's claims are barred under the safe harbor doctrine and preempted because the product at issue in Plaintiff's Complaint, Trader Joe's Organic Freezer Pops (or "Freezer Pops"), complies with all labeling regulations imposed by the U.S. Food & Drug Administration and because the applicable Federal Food, Drug & Cosmetic Act provides no private right of action;

- Plaintiff's Complaint fails to satisfy the reasonable consumer test because the Freezer Pops' front label, ingredient statement, and named flavors each independently and collectively foreclose Plaintiff's unreasonable interpretation of the Freezer Pops' "100% JUICE" declaration;

- Plaintiff's allegation that the Freezer Pops' front label disclosure of added ingredients does not "accompany" the "100% JUICE" declaration also fails;

- Plaintiff's claims of fraudulent conduct fail to meet Rule 9(b)'s heightened pleading standard requiring that Plaintiff alleges claims for unified fraudulent conduct with particularity;

- Plaintiff's ancillary claims for breach of implied warranty and unjust

NOTICE OF MOTION AND
MOTION TO DISMISS
2:25-CV-10584-CV-AGRX

enrichment fail because there is no "actionable representation" in the Freezer Pops' labeling.

Because Plaintiff's claims fail as a matter of law, amendment is futile and Defendant's motion to dismiss should be granted without leave to amend.

Pursuant to Local Rule 7-3, counsel for Defendant met-and-conferred by sending email correspondence to counsel for Plaintiff on November 3, 2025 providing the grounds for Defendant's challenge to the Complaint.  On November 4, 2025, counsel for the Parties met and conferred during a live, telephonic conference call.  During that conference, counsel for Plaintiff disagreed that Plaintiff's claims are subject to dismissal on the pleadings, and counsel for the Parties were unable to reach a resolution that eliminates the necessity for a hearing.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in support thereof, the accompanying Request for Judicial Notice, the accompanying Declaration of Matt Sloan and the exhibit thereto, the accompanying Declaration of Natalie D. Camastra and the exhibit thereto, the accompanying Proposed Order, the pleadings and records on file in this action, and such further evidence and argument that may be presented at the hearing on this motion.

NOTICE OF MOTION AND
MOTION TO DISMISS
2:25-CV-10584-CV-AGRX

Dated:  December 3, 2025

O'MELVENY & MYERS LLP
DAWN SESTITO
MARTHA HUTTON
NATALIE D. CAMASTRA


By: ___*/s/ Dawn Sestito*___
        Dawn Sestito

Attorneys for Defendant
Trader Joe's Company

NOTICE OF MOTION AND
MOTION TO DISMISS
2:25-CV-10584-CV-AGRX