# EXHIBIT 1



Exhibit 1 to Declaration of M. Sloan

002





Exhibit 1 to Declaration of M. Sloan

003