# EXHIBIT 1



Exhibit 1 to Declaration of N. Camastra
002

# Dictionary

Definition

**Example Sentenc...**

Word History

Rhymes

Entries Near

Show More ∨

Save Word



But who knew that more exotic mixes like Sonic cherry *limeade* or Dole peach mango are available at dollar stores?

– *arkansasonline.com*, 10 July 2025

See All Example Sentences for *limeade* ›

ADVERTISEMENT

## Word History

### First Known Use

1892, in the meaning defined above

### Time Traveler

**The first known use of *limeade* was in 1892**

See more words from the same year

## Rhymes for *limeade*

| | | |
|---|---|---|
| aniseed | centipede | cottonseed |
| disagreed | ganymede | guaranteed |
| intercede | overspeed | pedigreed |
| refereed | supercede | supersede |

See All Rhymes for *limeade* ›

## Browse Nearby Words

lime          **limeade**          lime anthracnose

See All Nearby Words ›

See Definitions and Examples »

Get Word of the Day daily email!

Your email add        SUBSCRIBE

ADVERTISEMENT

Exhibit 1 to Declaration of N. Camastra

003

Merriam-Webster

Dictionary    Thesaurus    limeade    🔍    Games    Word of the Day    Grammar    Word Finder    Slang    Newsletters    **NEW**    More ∨

# Dictionary

Definition

**Example Sentenc...**

Word History

Rhymes

Entries Near

⋮ Show More ∨

Save Word 🔖⁺

But who knew that more exotic mixes like Sonic cherry *limeade* or Dole peach mango are available at dollar stores?
*– arkansasonline.com*, 10 July 2025

See All Example Sentences for *limeade* ›

See Definitions and Examples »

Get Word of the Day daily email!

Your email add    SUBSCRIBE

ADVERTISEMENT

ADVERTISEMENT



## Word History

### First Known Use

1892, in the meaning defined above

### Time Traveler

**The first known use of *limeade* was in 1892**

See more words from the same year

## Rhymes for *limeade*

| | | |
|---|---|---|
| aniseed | centipede | cottonseed |
| disagreed | ganymede | guaranteed |
| intercede | overspeed | pedigreed |
| refereed | supercede | supersede |

See All Rhymes for *limeade* ›

## Browse Nearby Words

lime            **limeade**            lime anthracnose

See All Nearby Words ›

Exhibit 1 to Declaration of N. Camastra

004



© 2025 Merriam-Webster, Incorporated

Exhibit 1 to Declaration of N. Camastra

005











**More Words with Remarkable Origins**

**The Words of the Week - Nov. 28**

**17 Words for Dog Breeds**

**Ten More Words from Taylor Swift Songs**

**How 'Namaste' Entered The English Language**

## Games & Quizzes

See All ›



**Quordle**

Can you solve 4 words at once?

Play



**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Name That Dessert!**

Hope you've saved room for some sweet vocabulary.

Take the quiz

**Learn a new word every day. Delivered to your inbox!**

Your email address

SUBSCRIBE

Help | About Us | Advertising Info | Contact Us | Privacy Policy | Terms of Use

© 2025 Merriam-Webster, Incorporated

Information from your device can be used to personalize your ad experience.

Do not sell or share my personal information.





Exhibit 1 to Declaration of N. Camastra
006