DAWN SESTITO (S.B. #214011)
dsestito@omm.com
NATALIE CAMASTRA (S.B. #324719)
ncamastra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071-2899
Telephone:   +1 213 430 6000
Facsimile:    +1 213 430 6407

MARTHA HUTTON (S.B.# 279335)
mhutton@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:  +1 202 383 5300
Facsimile:  +1 202 383 5414

*Attorneys for Defendant*
*Trader Joe's Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PALACIOS, *individually and on behalf of all those similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, *a California corporation,*<br><br>Defendant. | Case No. 2:25-cv-10584-CV-AGRx<br><br>**CERTIFICATE OF COMPLIANCE REGARDING L.R. 11-6**<br><br>Judge:  Hon. Cynthia Valenzuela<br>Hearing Date: January 30, 2026<br>Hearing Time: 10:30 am<br>Courtroom: 10B |

The undersigned, counsel of record for Defendant Trader Joe's Company ("Trader Joe's"), certifies that Trader Joe's Memorandum of Points and Authorities in Support of Defendant Trader Joe's Company's Motion to Dismiss Plaintiff's Class Action Complaint (ECF # 15) contains 6,280 words, which complies with the word limit of L.R. 11-6.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 4th day of December 2025 in Los Angeles, California.

Dated:  December 4, 2025

O'MELVENY & MYERS LLP
DAWN SESTITO
MARTHA HUTTON
NATALIE D. CAMASTRA


By:   *Dawn Sestito*
         Dawn Sestito

Attorneys for Defendant
Trader Joe's Company

CERTIFICATE OF COMPLIANCE
2:25-CV-10584-CV-AGRX