Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PALACIOS, *individually and on behalf of all those similarly situated*, <br><br>        *Plaintiff,* <br><br> *v.* <br><br> TRADER JOE'S COMPANY, *a California corporation,* <br><br>        *Defendant.* | No. 2:25-cv-10584-CV-AGRx <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> Hon. Cynthia Valenzuela <br><br> Date: January 30, 2026 <br> Time: 10:30 am <br> Courtroom: 10B <br> Filed: September 29, 2025 <br> Trial Date: Not set |

_____

I, Charles C. Weller, counsel for Plaintiff in the above-styled matter, under penalty of perjury, states as follows:

1. I am counsel of record for Plaintiff in this matter. I am above 18 years of age and am competent to make this Declaration, which I do from my own personal knowledge.

DECLARATION OF CHARLES C. WELLER

2.      Attached as Exhibit A to this Declaration is a true and correct copy of the Warning Letter of Roberta Wagner, FDA, to Brad Alford, Nestle U.S.A. (Dec. 4, 2009). This letter was entered into the docket of *Reynolds v. Wal-Mart Stores, Inc.*, No. 4:14CV381, 2015 WL 1879615 (N.D. Fla. 2015) as Docket Entry 19.

Signed under penalty of perjury under the laws of the United States this January 9, 2026.

/s/ *Charles C. Weller*
Charles C. Weller
Attorney for Plaintiff

-2-
DECLARATION OF CHARLES C. WELLER